IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRENCE VERNELL BROWN, : CIVIL ACTION
    Petitioner, :
        v. :
SUPERINTENDENT LAUREL HARRY, et al., : NO. 16-6535
    Respondents

FILED MAR 01 2019 KATE BARKMAN, Clerk By ____ Dep. Clerk

## ORDER

**AND NOW**, this 28th day of February, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus, the response, petitioner's reply, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
JUAN R. SANCHEZ, Ch. J.

ENT'D MAR 01 2019